**DISMISS; and Opinion Filed August 27, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00643-CV

**CLIFFORD CLARK, Appellant**
**V.**
**ANGELICA RAMIREZ, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05091**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Justice Molberg

Appellant's brief in this case is overdue. By postcard dated July 31, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


                                        /Ken Molberg/
                                        KEN MOLBERG
                                        JUSTICE


190643F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CLIFFORD CLARK, Appellant

No. 05-19-00643-CV        V.

ANGELICA RAMIREZ, Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-05091.
Opinion delivered by Justice Molberg.
Chief Justice Burns and Justice Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ANGELICA RAMIREZ recover her costs of this appeal from appellant CLIFFORD CLARK.

Judgment entered this 27th day of August, 2019.